UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NO. 4:14-CR-5-1-H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHESMOND DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER IS BEFORE THE COURT on the Defendant's motion made in open court on February 10, 2014, for entry of an order concerning medical care while in the custody of the United States Marshal awaiting sentencing.

For good cause shown, it is hereby ORDERED that the motion is GRANTED. The Marshals are directed to take steps to provide appropriate medical care to the Defendant while in their custody at the Pitt County Detention Center or such other facility as the Marshals may designate. The court directs that Defendant receive the medications listed in the Pretrial Services Report, Prednisone, Prilosec, Symbicort, and an inhaler. The court also directs he be given access to the C-Pap machine needed for sleep apnea.

This the 32ÿ day of February 2014.

_____
HONORABLE KIMBERLY A. SWANK
United States Magistrate Judge
Eastern District of North Carolina