IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:14-CR-5-1H

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>)<br>)<br>)<br>)<br>v. )<br>)<br>)<br>CHESMOND JEROME DAVIS )<br>    Defendant. ) | **ORDER** |

This matter is before the court on defendant's motion to amend the order of detention entered by the Honorable Kimberly A. Swank, United States Magistrate Judge. Defendant was arraigned and pled guilty on February 10, 2014, to a criminal information charging him with conspiracy to distribute and possess with intent to distribute 500 grams or more of cocaine and 28 grams or more of cocaine base (crack). Following the hearing, Judge Swank ordered the defendant remanded to the custody of the United States Marshal pending sentencing. Deendant now seeks to be released on appropriate conditions pending sentencing.

The court has thoroughly reviewed the relevant documents and finds no reason to alter the decision of the magistrate judge. Therefore, the motion for amendment (DE #150) is DENIED.

This 21st day of February 2014.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26