UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NO. 4:14-CR-5-1-H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER GRANTING |
| | ) | MOTION TO SEAL |
| CHESMOND DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER IS BEFORE THE COURT on the Defendant's motion to seal a proposed sealed document, Docket Entry #27. For good cause shown, it is hereby ORDERED that the moiton is GRANTED.

This the 2nd day of July 2014.

_____
Malcolm J. Howard
Senior United States District Court Judge